IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIKA VARGAS,<br><br>　　　　　　Defendant. | 4:20CR3125<br><br>**ORDER** |

The above-named defendant filed a motion for relief under 28 U.S.C. § 2255, and the court will convene an evidentiary hearing on the motion. See Filing No. 62. Defendant is currently incarcerated and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1)　The Federal Public Defender for the District of Nebraska is appointed, and an attorney from that office (or CJA panel counsel if the FPD cannot represent this defendant) shall promptly enter an appearance as counsel for the above-named defendant.

2)　The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 21st day of April, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge