IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20CR3125 |
| vs. | |
| ERIKA VARGAS, | FINDINGS AND RECOMMENDATION |
| Defendant. | |

Defendant filed a motion to vacate her conviction and sentence pursuant to 28 U.S.C. § 2255. (Filing No. 61). Upon initial review, all claims within the motion were dismissed with prejudice except her claim of ineffective assistance of counsel for failing to file an appeal. (Filing No. 62).

As to that remaining claim, the undersigned magistrate judge appointed counsel for the defendant and scheduled an evidentiary hearing. In accordance with Defendant's request, the hearing was set to be held by videoconference.

The hearing was convened today. At the outset, Defendant's counsel appointed for the §2255 hearing stated Defendant intended to withdraw her claim of ineffective assistance for failure to file an appeal. Upon questioning by the court, Defendant confirmed that she wished to withdraw the claim, and that she knew any later attempt to re-file the claim would be time-barred.

Based on Defendant's statements of record, the undersigned magistrate judge finds Defendant has knowingly and voluntarily dismissed her §2255 claim of ineffective assistance of counsel for failure to file an appeal.

Accordingly,

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable John M. Gerrard, Senior United States District Judge, pursuant to [28 U.S.C. § 636(b)](#), that as to Defendant's motion to vacate, (Filing No. 61), Defendant's remaining §2255 claim of ineffective assistance of counsel for failing to file an appeal be dismissed with prejudice.

The defendant is notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 21st day of June, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge