IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3125 |
| vs. | |
| ERIKA VARGAS, | ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 72) recommending that the Court deny the defendant's remaining 28 U.S.C. § 2255 claim. The defendant has not objected to the Magistrate Judge's findings and recommendation. *See* NECrimR 59.2(a); NECivR 72.2(a).

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECrimR 59.2(e); NECivR 72.2(f). The claimant was expressly advised that "failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation." Filing 72 at 2. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will dismiss the defendant's remaining claim with prejudice, fully disposing of her § 2255 motion. For the reasons stated by the Magistrate Judge and in the Court's previous memorandum and order (filing 62), the defendant's allegations either entitle her to no relief, or are contradicted by the record.

A movant cannot appeal an adverse ruling on her § 2255 motion unless she is granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1). A certificate of appealability cannot be granted unless the movant "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). To make such a showing, the movant must demonstrate that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong. *Tennard v. Dretke*, 542 U.S. 274, 282 (2004); *see also Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

In this case, the defendant has failed to make a substantial showing of the denial of a constitutional right. The Court is not persuaded that the issues raised are debatable among reasonable jurists, that a Court could resolve the issues differently, or that the issues deserve further proceedings. Accordingly, the Court will not issue a certificate of appealability.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 72) are adopted.

2. The defendant's first claim is dismissed with prejudice.

3. The defendant's motion to vacate under 28 U.S.C. § 2255 (filing 61) is denied.

4.  The Court will not issue a certificate of appealability in this matter.

5.  A separate judgment will be entered.

6.  The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at her last known address.

Dated this 6th day of July, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

- 3 -